# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **VICKY MONTGOMERY, individually; as the natural mother and next friend of K.S.; and as the natural maternal grandmother and next friend of B.E.S., I.N.S., and A.D.W.** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v.  ) | Case No.:  5:10-cv-0012-PWG |
| ) | |
| **STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES; VONDA GILLIAM, individually and in her capacity as an employee of the State of Alabama; LEIGH ANN JACKSON, individually and in her capacity as an employee of the State of Alabama; and ANGELA MAYBERRY, individually and in her capacity as an employee of the State of Alabama,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

On June 10, 2011, the Magistrate Judge's Report and Recommendation was filed. (Doc. #10). No objections have been filed by either Plaintiff or Defendants pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's findings and recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, Defendants' motion to dismiss for lack of prosecution (Doc. #6) is due to be denied. Defendants' other pending dispositive motion (Doc. #3) is due to be granted in part as it requests a

more definite statement under Rule 12(e), and moot in part to the extent it seeks a Rule 12(b)(6) dismissal. A separate order will be entered.

**DONE** and **ORDERED** this    1st    day of July, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE