FILED
2011 Jul-01 PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **VICKY MONTGOMERY, individually; as the natural mother and next friend of K.S.; and as the natural maternal grandmother and next friend of B.E.S., I.N.S., and A.D.W.** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES; VONDA GILLIAM,** individually and in her capacity as an employee of the State of Alabama; **LEIGH ANN JACKSON,** individually and in her capacity as an employee of the State of Alabama; and **ANGELA MAYBERRY,** individually and in her capacity as an employee of the State of Alabama, )<br>)<br>**Defendants.** ) | **Case No.: 5:10-cv-0012-PWG** |

## **ORDER**

In accordance with the Memorandum of Opinion this day entered, Defendants' motion to dismiss for lack of prosecution (Doc. #6) is **DENIED**. Defendants' other pending dispositive motion (Doc. #3) is **GRANTED IN PART** as it requests a more definite statement under Rule 12(e), and deemed **MOOT IN PART** to the extent it seeks a Rule 12(b)(6) dismissal.

**DONE** and **ORDERED** this ____1st____ day of July, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE