IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

KESHA STEWART,
individually and as the natural mother
and next friend of B.E.S., I.N.S.,
and A.D.S.,

    Plaintiffs,

v.    CASE NO. 5:10-cv-0012-RBP

ALABAMA DEPARTMENT OF HUMAN
RESOURCES, STATE OF, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed an order on August 24, 2012 (doc. 28), recommending that plaintiff's claims against all remaining claims be DISMISSED. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Plaintiff's claims against all remaining defendants are hereby DISMISSED. A separate final judgment will be entered.

As to the foregoing it is SO ORDERED this the 13th day of September, 2012.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**